12-MC-05018-ORD

FILED _____ LODGED _____

APR 10 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-mc-5018-BHS |
| Plaintiff, | (CR04-5146FDB) |
| v. | |
| STEPHEN BARER YOUNG, | [PROPOSED] ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT |
| Defendant, | |
| and | |
| MERIT FINANCIAL, | |
| Garnishee. | |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment against Merit Financial, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Merit Financial whose address is 1300 4th street, suite 303, Santa Monica, California 90401:

DATED this \_10\_ day of April, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney